**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MARY PARROTT, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| SOUTHEAST SERIES OF LOCKTON COMPANIES, LLC, | |
| Defendant. | |

Case No. 4:25-CV-00412

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's "Dismissal without Prejudice" seeking to voluntarily dismiss her case against Defendant Southeast Series of Lockton Companies, LLC without prejudice. [ECF No. 8] Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."   At this early stage of litigation, Plaintiff is the only party who has appeared.

After careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's action against Defendant is **DISMISSED without prejudice**.

*Patricia L. Cohen*
_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of April, 2025